ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of - | ) | |
| | ) | |
| Aviation Training Consulting, LLC | ) | ASBCA No. 63634-ADR |
| | ) | |
| Under Contract No. FA8621-16-C-6339 | ) | |

APPEARANCES FOR THE APPELLANT:    John M. Mattox II, Esq.
Matthew T. Schoonover, Esq.
Timothy J. Laughlin, Esq.
  Schoonover & Moriarty LLC
  Olathe, KS

Matthew P. Moriarty, Esq.
Ian P. Patterson, Esq.
  Koprince Law LLC
  Lawrence, KS

Scott N. Flesch, Esq.
  Miller & Chevalier Chartered
  Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Caryl A. Potter III, Esq.
  Air Force Deputy Chief Trial Attorney
Aaron J. Weaver, Esq.
Geoffrey R. Townsend, Esq.
  Trial Attorneys

OPINION BY ADMINISTRATIVE JUDGE HERZFELD

The parties have resolved their dispute through mediation and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $5,000,000.

This amount is inclusive of Contract Disputes Act interest.  No further interest shall be paid.

        Dated:  August 29, 2024

DANIEL S. HERZFELD
Administrative Judge
Armed Services Board
of Contract Appeals


I concur

OWEN C. WILSON
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I concur

J. REID PROUTY
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals


        I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 63634-ADR, Appeal of Aviation Training Consulting, LLC, rendered in conformance with the Board's Charter.

        Dated:  August 30, 2024

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2